# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### FIRST AMENDED PLAN

DEBTOR: Jose Antonio Barrios   JOINT DEBTOR: _____   CASE NO.: 15-17377-RAM
Last Four Digits of SS# 7047          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 353.67 for months 1 to 60 ; in order to pay the following creditors:

<u>Administrative:</u>    Attorney's Fee - $ 3650 TOTAL PAID $ 1500 Balance Due $ 2150
                     payable $ 215.00/month (Months 1 to 10)

<u>Secured Creditors:</u> [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                        Arrearage on Petition Date $
Address: _____      Arrears Payment   $_____/month (Months ___ to ___)
                               Regular Payment  $_____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

1. None             Total Due $_____
                 Payable   $_____/month (Months ___ to ___) Regular Payment $_____

<u>Unsecured Creditors:</u> Pay $ 103.30/month (Months 1 to 10) and Pay $ 318.30 /month (Months 11 to 60).
.

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Ocwen Loan Servicing, LLC and will continue to pay said creditor directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                              Joint Debtor
Date: 6-24-2015                                       Date: _____

LF-31 (rev. 01/08/10)